IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOROUGH OF QUAKERTOWN, *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| VERIZON COMMUNICATIONS, INC., *et al.*, *Defendants*. | : : : | No. 18-3344 |

## ORDER

**AND NOW**, this **17th** day of **May 2019**, upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (ECF No. 18) and Defendants' Response thereto (ECF No. 20), and in accordance with the Court's accompanying Opinion, it is hereby **ORDERED** that Plaintiff's Motion for Leave to File a First Amended Complaint (ECF No. 18) is **DENIED**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE